[No. 1344-1.  Division One—Panel 1.  May 29, 1973.]

THOMAS S. BENN, *Respondent,* v. DAVID E. KENNELL *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 718799, Theodore S. Turner, J., entered September 29, 1971. *Reversed* by unpublished opinion per Swanson, C.J., concurred in by Farris and James, JJ.